

FILED
3:10 pm, 6/30/21
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | |
|---|---|
| vs | Case Number(s): 5:21-PO-00221-MLC-1 |
| Nikki S Hess | Defendant's Attorney(s) Waived |

## AMENDED[1] JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violation E1057369.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36 CFR 4.21(c) | Operating a motor vehicle in excess of the posted speed limit (93 mph in 55 mph zone) | 05/03/2021 | E1057369 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation E1057370 is dismissed with prejudice on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

June 23, 2021
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

6-30-21
Date

---

[1] specify jail release time and date.

WY 56                                                                                  Rev. 11/05/2020

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of two days. To be released at 9:00am on 6/25/2021.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____ , with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of two years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

While on probation, the defendant shall not illegally possess a controlled substance. Revocation of probation is mandatory for possession of a controlled substance.

The defendant shall make special assessment, processing fee and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant is ban from entering Yellowstone National Park (including HWY 191) for two years.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| E1057369 NOTES: | $10.00 | $30.00 | | | $500.00 | $540.00 |
| **Totals:** | $10.00 | $30.00 | | | $500.00 | $540.00 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due immediately, is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full immediately.

---

### MONETARY OBLIGATIONS  /  FORFEIT PROPERTY

$540.00  due in full not later than 06/01/2022, payable to the Central Violations Bureau, P.O. Box 780549, San Antonio,  TX 78278.  Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982, and shall reference the defendant's violation number E1057370, 5:21-PO-00221-MLC-1 .